

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2025

No. 04-23-00326-CR

**EX PARTE** Ismael **JUAREZ-RICO**

From the County Court, Jim Hogg County, Texas
Trial Court No. 1033C
Honorable Greg Perkes, Judge Presiding

**ORDER**

Sitting:      Irene Rios, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

In accordance with this court's opinion of this date, this appeal is **DISMISSED AS MOOT**.

It is so **ORDERED** on November 19, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court